AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| Lafreniere Morris ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   5:22-cv-04145-SMH-MLH |
| Foremost Insurance Company Grand Rapids, MI ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN            .

Date:   10/26/2022

*Attorney's signature*

Valerie Briggs Bargas, #27392
*Printed name and bar number*

9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana  70809
*Address*

vbargas@kwbbrlaw.com
*E-mail address*

(225) 923-7843
*Telephone number*

(225) 292-6705
*FAX number*