R. WILLIAM HUYE III



**VIA EMAIL AND CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Valerie Briggs Bargas
Kinchen Walker Bienvenu Bargas Reed & Helm
8550 United Plaza Boulevard, Suite 202
Baton Rouge, Louisiana 70809

   RE:  **Written Notice Pursuant to Louisiana Supreme Court Rule XIX, § 26**
      **Morris v. Foremost Insurance Co Grand Rapids Michigan**
      **Docket Number: 5:22-cv-04145**
      **MMA File Number: 2200394**

Dear Valerie Briggs Bargas:

  Pursuant to Rule XIX, § 26(A) of the Rules of the Louisiana Supreme Court, you are hereby notified that on March 3, 2023, the Louisiana Supreme Court issued an Order, which was effective immediately, suspending me from the practice of law on an interim basis, pending further orders of the Court. I am therefore disqualified to act as a lawyer since March 3, 2023, and am withdrawing from the above-referenced matter. ███████████████████████████████████████████████████████████████████████████████████████████████████████

  The client in the above-referenced matter resides at 3216 Junior Place, Shreveport, LA 71109. Should you have any questions, please do not hesitate to contact me at 504.962.8592 or by email at lanotices@mma-pllc.com.[1]

                Sincerely Yours,

                R. William Huye, III

---

[1] I am no longer practicing law at McClenny, Moseley & Associates, PLLC, but I can be reached through the law firm relative to issues surrounding my withdrawal.



**Principal Office:** 1415 Louisiana Street - Suite 2900 - Houston, Texas - 77002
**Louisiana:** 1820 St. Charles Avenue - Suite 110 - New Orleans, Louisiana - 70130
**Fort Myers:** 13350 Metro Parkway - Suite 404 - Fort Myers, FL 33966