UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**LAFRENIERE MORRIS**             **CASE NO. 5:22-CV-04145**

**VERSUS**             **JUDGE S. MAURICE HICKS, JR.**

**FOREMOST INSURANCE CO. GRAND RAPIDS MICHIGAN**             **MAGISTRATE JUDGE KAY**

**MINUTES OF COURT:**
**Status Conference**

| Date: | 6/13/2023 | Presiding: Magistrate Judge Kathleen Kay | |
|---|---|---|---|
| Court Opened: | 10:38 a.m. | Courtroom Deputy: | Robin Enkey |
| Court Adjourned: | 10:41 a.m. | Court Reporter: | Marie Runyon |
| Statistical Time: | 0:03 | Courtroom: | CR1 |

**APPEARANCES**

| Valerie Briggs Bargas (RET) | For | Foremost Insurance Co. Grand Rapids Michigan, Defendant |
|---|---|---|

**PROCEEDINGS**

**CASE CALLED FOR STATUS CONFERENCE** per Order (Record Document 15) filed by the Court on 6/07/2023.

Plaintiff was ordered to appear and did not appear for this case.

Status Conference Hearing held.

COMMENTS:

The Court will issue a Report and Recommendation that this matter be dismissed for failure to prosecute. Plaintiff will have fourteen (14) days from service of the report and recommendation to file written objections.